**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 10-6790

JASPER MAURICE WARREN,

                    Plaintiff - Appellant,

          v.

KATHLEEN GREEN, Warden; DEPARTMENT OF PUBLIC SAFETY &
CORRECTIONAL SERVICES; DAVID M. MATHIS, M.D.; CORRECTIONAL
MEDICAL SERVICES, INC.; ROBERT SMITH, Medical Director,
Wexford Health Sources, Inc.,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.    Richard D. Bennett, District Judge.
(1:09-cv-01308-RDB)

Submitted:  November 30, 2010       Decided:  December 6, 2010

Before WILKINSON, KEENAN, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jasper Maurice Warren, Appellant Pro Se.   Michael O'Connor
Doyle, Assistant Attorney General, Baltimore, Maryland; Philip
Melton Andrews, Ryan Alexander Mitchell, KRAMON & GRAHAM, PA,
Baltimore, Maryland; Valerie L. Tetro, WHITEFORD, TAYLOR &
PRESTON, LLP, Washington, D.C., for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jasper Maurice Warren appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Warren v. Green, No. 1:09-cv-01308-RDB (D. Md. Apr. 30, 2010). Warren's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED